Richard K. Grosboll, State Bar No. 099729
Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: ebissen@neyhartlaw.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO COUNTY ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; JOHN O'ROURKE, as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and the Electrical Industry Trust; and TOM COLEMAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,<br><br>Plaintiffs,<br>v.<br><br>FRONTLINE ENVIRONMENTAL TECHNOLOGIES GROUP, INC. dba FRONTLINE TECHNOLOGIES, a California corporation;<br><br>Defendant. | Case No.  09-CV-03960 EDL<br><br>[PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[Local Rule 7-11]**<br><br>Courtroom:  E, 15th Floor<br>Location:    450 Golden Gate Avenue<br>                  San Francisco, CA 94102<br>Judge:         Hon. Elizabeth D. Laporte |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE Case No. 09-CV-03960

Pursuant to Civil Local Rule 7-11, having considered the administrative motion papers submitted by Plaintiffs, the Declaration of Eileen M. Bissen and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED that the Case Management Conference scheduled for December 1, 2009 at 10:00 AM is hereby continued to  March 9, 2010  at  10:00 a.m. .

IT IS SO ORDERED.

Dated:  November 5, 2009

*Elizabeth D. Laporte*
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

Neyhart,
Anderson,
Flynn &
Grosboll
Attorneys at Law

~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE Case No. 09-CV-03960